IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ismael Zambrano, ) | |
| ) | No. 8:13-cv-3130-RMG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Immigration and Customs Enforcement; ) | |
| Agent Del Barrio, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge recommending that the Court dismiss this action pursuant to 28 U.S.C. § 1915. (Dkt. No. 15). For the reasons set forth below, the Court agrees with and adopts the R&R as the order of the Court.

**Background**

Plaintiff is a pre-trial detainee in the Greenville County Detention Center. Plaintiff filed this action pro se to remove a detainer lodged by Immigration and Customs Enforcement after Plaintiff was incarcerated. Pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(e) DSC, this case was assigned to a Magistrate Judge for all pretrial proceedings. Under established local procedure in this judicial district, the Magistrate Judge conducted a careful review of the complaint pursuant to the provisions of 28 U.S.C. § 1915 and in light of the following precedents: *Neitzke v. Williams*, 490 U.S. 319 (1980); *Estelle v. Gamble*, 429 U.S. 97 (1976); *Haines v. Kerner*, 404 U.S. 519 (1972); and *Gordon v. Leeke*, 574 F.2d 1147 (4th Cir. 1978). The Magistrate Judge then issued the present R&R recommending this action be dismissed without prejudice and without service of process. (Dkt. No. 15). Plaintiff then filed a

1

letter with the Court acknowledging his right to file objections, but making no arguments responding to the legal conclusions of the R&R. (Dkt. No. 17).

## Legal Standard

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a de novo determination of those portions of the R&R to which specific objection is made. Additionally, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

## Discussion

After review of the record and the R&R, the Court finds that the Magistrate Judge applied sound legal principles to the facts of this case and therefore agrees with and adopts the R&R as the order of the Court. The Court agrees with the Magistrate Judge that under 8 U.S.C. §§ 1252(a)(5) and (b)(9), this Court lacks jurisdiction to hear this case. Furthermore, this action fails to state a claim because "the detainer [is] nothing more than a request that [Greenville County] authorities notify ICE prior to [Plaintiff's] release" and does not affect Plaintiff's status as a pre-trial detainee. *Nasious v. Two Unknown B.I.C.E. Agents*, 366 Fed. App'x 894, 896 (10th Cir. 2010) (affirming dismissal of *Bivens* claim related to ICE detainer). Finally, Plaintiff has filed no objections that question the correctness of the Magistrate Judge's conclusions.[1]

---

[1] "If the individual has a complaint regarding the detainer . . . , he or she should contact the ICE Joint Intake Center at 1-877-2INTAKE (877-246-8253)." http://www.ice.gov/news/library/factsheets/detainer-faqs.htm.

## Conclusion

For the reasons set forth above, the Court agrees with and adopts the R&R as the order of the Court. (Dkt. No. 15). Accordingly, this action is dismissed without prejudice and without service of process.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

January 7, 2014
Charleston, South Carolina

3